DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HAVEN HOUSE NO. 4, INC.,**
Appellant,

v.

**MICHAEL SAGARO, CLOTILL SAGARO, JUAN SAGARO,** et al.,
Appellees.

No. 4D2024-1650

[July 30, 2025]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. CACE23-21885.

Steven F. Samilow of Steven F. Samilow, P.A., Weston, for appellant.

Matthew N. Shatanof and Oscar A. Gomez of EPGD Attorneys at Law, P.A., Miami, for appellees Michael C. Sagaro, Clotill Sagaro, Juan Sagaro, Haven House Property Holidngs, LLC, Omar Diaz, Procam Group, LLC, Arley Carmona, Albert Hernandez, Yandi Ceballos, Eduardo Mauriz and Manuel Ojeda.

Christian R. Leto and Benjamin E. Olive of Olive Judd, P.A., Fort Lauderdale, for appellee Victoria Pristo.

Chandra Parker Doucette of Chandra Parker Doucette, PA, Boca Raton, for appellees Anthony Colangelo and VA Horse Farms, LLC.

Maria Pace of Pozo-Diaz & Pozo, P.A., Miami, for appellee Management 1, LLC.

PER CURIAM.

Haven House No. 4, Inc. appeals an order granting five separate motions to compel arbitration. We affirm as to Victoria Pristo, Anthony Colangelo, VA Horse Farms, LLC, Michael C. Sagaro, Clotill Sagaro, Juan Sagaro, Arley Carmona, and Albert Hernandez without further discussion. But we agree with Haven House No. 4 that the arbitration agreement does not apply to two appellees, Omar Diaz and Procam Group, LLC. Those two

appellees—the property management company and property manager—were not unit owners or board members of Haven House 4. The claims against those two appellees involve alleged breaches of fiduciary duties in management of the condominium and acting without lawful authority. The alleged acts of those two parties do not fall within the arbitration agreement's language. As a result, the order compelling arbitration is reversed as to Omar Diaz and Procam Group, LLC. The order is otherwise affirmed.

*Affirmed in part, reversed in part, and remanded.*

KUNTZ, C.J., MAY and ARTAU, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***